# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____ Division

In re                                                                         Case No.

                          Debtor(s)
                                                                              Chapter

Last four digits of Social-Security (SSN) No(s).: _____
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: _____

[If Applicable]  Applies only to:

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the meeting of creditors has been rescheduled to _____, and will be held at the Office of the United States Trustee at _____.

*[Chapter 13 Case Only]* **NOTICE IS FURTHER GIVEN** that pursuant to Local Bankruptcy Rule 3015-2(E), objections to confirmation of the Chapter 13 Plan or to related motions shall be filed not later than 7 days prior to the date set for the confirmation hearing. If no objections are timely filed, there will be no confirmation hearing. Timely filed objections will be heard at the confirmation hearing which has been rescheduled for _____ at _____ o'clock _____ at _____.

Except for the dates and times set forth above, all other deadlines as set forth in the original notice of meeting of creditors in this case remain in full force and effect.

*[If appropriate]* **NOTICE IS FURTHER GIVEN** that, _____ , has been appointed Substitute Interim Trustee of the estate of the above-named debtor(s) by the United States Trustee.

NOTICE GIVEN BY

Date: _____           _____
                                      Counsel for Debtor(s) *[or pro se Debtor(s)]*
                                      Address:

                                      State Bar Number:
                                      Telephone Number:

### PROOF OF SERVICE
I hereby certify that a copy of the foregoing notice was mailed to the debtor(s), Trustee, or *[if appropriate]* Substitute Interim Trustee, United States Trustee, and all creditors and parties in interest in the above case, as set forth on the attached list of names and addresses. *[If the number of persons and parties served is twenty-five or fewer, service copies shall contain a complete certificate of service, including names and addresses of parties served. If service is made on more than twenty-five persons or parties, the certificate of service attached to the service copies need not contain the complete list of names and addresses, but may reference a service list attached to the original filed with the court.]*

Date: _____           _____
                                      Counsel for Debtor(s)*[or pro se Debtor(s)]*

(nrsch341 ver. 2616)