# PROOF OF SERVICE

I hereby certify that a copy of the foregoing notice was mailed to the debtor(s), Trustee, or *[if appropriate]* Substitute Interim Trustee, United States Trustee, and all creditors and parties in interest in the above case, as set forth on the attached list of names and addresses. *[If the number of persons and parties served is twenty-five or fewer, service copies shall contain a complete certificate of service, including names and addresses of parties served. If service is made on more than twenty-five persons or parties, the certificate of service attached to the service copies need not contain the complete list of names and addresses, but may reference a service list attached to the original filed with the court.]*

Date: 2/3/2016                                             Counsel for Debtor: /s/ Brian K. Stevens_____

## Creditors

**Alliance One Receivables Mgmt**
4850 Street Rd. Suite 300
Trevose, PA 19053-0000

**AMCA**
4 Westchester Plaza
Building 4
Elmsford, NY 10523-0000

**Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0000

**Chase Card Services**
Attn: Correspondence Dept
P.O. Box 15298
Wilmington, DE 19850-0000

**Chase Crad Services**
P.O. Box 15298
Wilmington, DE 19050-0000

**Citibank/Best Buy**
Attn: Bankruptcy
P.O. Box 790040
St Louis, MO 63179-0000

**Credit First/CFNA**
Bk13 Credit Operations
P.O. Box 818011
Cleveland, OH 44181-0000

**Firstsource Advantage, LLC**
205 Bryant Woods South
Amherst, NY 14228-0000

**Fredericksburg Credit Bureau**
10506 Wakeman Dr
Fredericksburg, VA 22407-0000

**GC Services Limited Partner.**
P.O. Box 1545
Houston, TX 77251-0000

**Joaquin Buenvenido**
19814 Piedmont Ave.
S. Chesterfield, VA 23834-0000

**Lab Corp**
LCA Collections

358 South Main St.
Burlington, NC 27215-0000

**LabCorp**
P.O. Box 2240
Burlington, NC 27215-0000

**MRS BOP, LLC**
1930 Olney Ave.
Cherry Hill, NJ 08003-0000

**Neuro-Care of Virginia**
6055 Harbour Park Dr.
Midlothian, VA 23112-0000

**PASI, Inc.**
P.O. Box 68
Brentwood, TN 37024-0000

**Prime Care Family Practice**
4700 Puddledock Road
Ste. 300
Prince George, VA 23875-0000

**Radiology Assoc. of Richmond**
2602 Buford Rd.
Richmond, VA 23235-0000

**Southside Regional Medical Ctr**
c/o Newsome Law Office
324 S. Main St.
Emporia, VA 23847-0000

**Soutside Physician Network LLC**
P.O. Box 8598
Belfast, ME 04915-0000

**Synchrony Bank/Walmart**
Attn: Bankruptcy
P.O. Box 103104
Roswell, GA 30076-0000

**Transworld Sys Inc/38**
507 Prudential Rd
Horsham, PA 19044-0000

**United Recovery Systems**
5800 North Course Dr.
Houston, TX 77072-0000

**VCI**
7202 Glen Forest Drive St. 200
Richmond, VA 23226-0000

**VCS, Inc.**
P.O. Box 7090
Charlottesville, VA 22906-0000

**VHDA**
601 S Belvidere St
Richmond, VA 23220-0000

**Virginia Cancer Institute**
210 Medical Park Blvd
Ste. 200
Petersburg, VA 23805-0000

**Virginia Medical Group PC**
2905 Boulevard
Colonial Heights, VA 23834-0000